# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ORANGEBURG DIVISION
## CASE NUMBER: 5:14-4570-JMC

| | |
|---|---|
| Carol A. French,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Guillermo Castillo-Delgado and Castillo Auto Transport,<br><br>　　　　　　　　　　　　　　Defendants. | **CONSENT ORDER TO REMAND** |

It appears to the Court that the Plaintiff has limited the amount in controversy to less than $75,000 pursuant to the attached Response to Request to Admit.

Upon Motion of the Plaintiff and with Defendant's consent, the above-captioned matter is hereby remanded back to the Orangeburg County Court of Common Pleas.

**AND IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　s/ J. Michelle Childs
　　　　　　　　　　　　　　　　　　　　The Honorable J. Michelle Childs
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　District of South Carolina

Columbia, South Carolina
January 5, 2015

**WE CONSENT:**

| | |
|---|---|
| s/James K. Cluverius, Jr. | s/John M. Grantland |
| James K. Cluverius, Esquire (Fed I.D. No. 10410) | John M. Grantland, Esquire (Fed. I.D. No. 6424) |
| Rogers Townsend & Thomas, PC | Murphy & Grantland, P.A. |
| 401 North Main Street | P.O. Box 6648 |
| Greenville, SC 29601 | Columbia, South Carolina 29260 |
| (864) 751-9980 | (803) 782-4100 |
| Attorney for Plaintiff | Attorney for Defendants Guillermo Castillo-Delgado and Castillo Auto Transport |